AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF SOUTH CAROLINA

**RECEIVED**
**JAN -4 2018**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:17-640 |
| | ) | |
| STEVE MERLO | ) | |
| a/k/a "Big Man" | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* STEVE MERLO, a/k/a "Big Man",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Section 846; Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 841(b)(1)(B); Title 18, United States Code, Section 924(d); Title 18, United States Code, Section 982(a)(1); Title 18, United States Code, Section 1956(h); Title 21, United States Code, Section 853; Title 21, United States Code, Section 881;
Title 28, United States Code, Section 2461(c)

Date: 01/02/2018

s/Mary L. Floyd, Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

City and state: Columbia, South Carolina

### Return

This warrant was received on *(date)* JAN 4 2018, and the person was arrested on *(date)* 01-18-2018
at *(city and state)* Los Angeles, Ca.

Date: 02-23-2018

S/A Ronaldo Del Fidio, DEA
*Arresting officer's signature*

By: Bonnie Walters, Data Analyst
*Printed name and title*

USCA4 34